M. P. No. 739. FOSTER DEVELOPMENT CORP. *v.* ZONING BOARD OF REVIEW OF FOSTER. Motion of respondent to dis-

miss certiorari petition denied without prejudice to renew motion at hearing on the merits. *Bourcier and Bordieri, John P. Bourcier, Paul J. Bordieri,* for petitioner. *Bradford Gorham,* Town Solicitor, for respondent.